**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, CLIFTON WALKER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WALKER,<br><br>            Plaintiff,<br><br>    vs.<br><br>5609 SUNSET BOULEVARD, LLC; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:23-cv-01411-MWF (JPRx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff CLIFTON WALKER ("Plaintiff") and Defendant 5609 SUNSET BOULEVARD, LLC stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

DATED:  July 26, 2023         SO. CAL. EQUAL ACCESS GROUP

By: ___/s/  Jason J. Kim_____
Jason J. Kim
Attorneys for Plaintiff

Dated: July 26, 2023         LORBER, GREENFIELD & POLITO, LLP

By: __/s/ Thomas F. Olsen_____
Thomas F. Olsen, Esq.
Attorney for Defendant,
5609 SUNSET BOULEVARD, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 26, 2023         By: /s/ Jason J. Kim_____
Jason J. Kim